United States District Court
Northern District of California

ROBERT J. MITCHELL, et al.,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No.: CV 13-04017-KAW

ORDER STRIKING PLAINTIFFS' REBUTTAL TO DEFENDANT'S REPLY

(Dkt. No. 24)

Plaintiffs Robert and Christine Mitchell filed this case against Defendant Wells Fargo on August 1, 2013. Defendant removed the case to this Court on August 28, 2013.

On October 1, 2013, Wells Fargo filed a special motion to strike SLAPP suit. Plaintiff filed their opposition on October 15, 2013. Wells Fargo filed its reply on October 22, 2013.

On October 23, 2013, Plaintiffs filed a documented titled "Plaintiffs' Rebuttal to Defendant's Reply to Plaintiffs' Opposition to Defendant Wells Fargo's Motion and Special Motion to Strike SLAPP Suit." (Dkt. No. 24.) Plaintiffs did not seek leave of court, as required by Civil L.R. 7-11, before filing their rebuttal. Accordingly, the improperly filed rebuttal is stricken.

IT IS SO ORDERED.

Dated: October 30, 2013

KANDIS A. WESTMORE
United States Magistrate Judge