United States District Court
Northern District of California

ROBERT J. MITCHELL, an individual;
CHRISTINE MITCHELL, an individual,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No.: CV 13-04017-KAW

ORDER REQUIRING ADDITIONAL BILLING RECORDS

On February 4, 2014, Defendant Wells Fargo, N.A. a motion for attorneys' fees based on the fee-shifting provisions in Plaintiffs' note and deed of trust. (Dkt. No. 48.) In support of its request for attorneys' fees, Wells Fargo provided numerous invoices and billing records. (*See* Decl. of Mark T. Flewelling, Dkt. No. 48-1.) Wells Fargo is not seeking reimbursement for all of the fees incurred in this action, only those related to the motion to dismiss, but appears to have provided all invoices without indicating which billing entries are the subject of the pending motion. Wells Fargo also does not provide a statement of the services rendered by each attorney or paralegal, including a summary of the number of hours spent, in connection with the fees sought to be reimbursed. *See* Civil L.R. 54-5(b).

Wells Fargo is ordered, therefore, to resubmit its supporting declaration, billing records, and a statement of the services rendered, as required by Civil Local Rule 54-5(b), on or before March 10, 2014. Plaintiffs may file a response, if any, within 7 days of Wells Fargo's submission. There will be no reply.

IT IS SO ORDERED.

Dated: February 24, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge